UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MOSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. STEWART,<br><br>　　　　　Defendant. | **CASE NO. 1:17-cv-00852-DAD JLT (PC)**<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT REPORT OF STATUS**<br><br>**TEN-DAY DEADLINE** |

　　　Plaintiff proceeds in this action on an Eighth Amendment excessive force claim against Correctional Officers Stewart, Castillo, and Ventura. He claims these officers attacked him without provocation at Kern Valley State Prison. Following this incident, plaintiff was charged in Kern County Superior Court, People v. Mosley, Case No. DF012442A, with violating California Penal Code § 4501.5, criminal battery on a non-confined person, for attacking defendant Stewart. This action was thus stayed pending resolution of the state trial proceedings. Younger v. Harris, 401 U.S. 37 (1971). The Court **ORDERS** Defendants to submit a report within ten days from the date of this order regarding the status of the criminal case.

IT IS SO ORDERED.

　　Dated: __September 14, 2020__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28