UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MOSLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. STEWART,<br><br>　　　　　Defendant. | **CASE NO. 1:17-cv-00852-DAD JLT (PC)**<br><br>**ORDER LIFTING STAY** |

Defendant recently opted out of the Court's Post-Screening ADR Project.  (Doc. 43.) Accordingly, the Court **ORDERS**:

　　　1.　　the stay is **LIFTED**; and

　　　2.　　the Clerk of the Court is directed to issue a Discovery and Scheduling Order.

IT IS SO ORDERED.

　　Dated:　__**January 13, 2021**__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1