# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MOSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. STEWART, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00852-DAD-JLT (PC)<br><br>**ORDER TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**21-DAY DEADLINE** |

On April 14, 2021, Defendants filed a motion for summary judgment. Plaintiff has not filed a response despite the *Rand* warning. (Doc. 47-1.) Plaintiff is ordered to file a response to Defendants' motion for summary judgment or a notice of non-opposition **within 21 days**. **Failure to comply with this order will result in a recommendation for entry of summary judgment in Defendants' favor.**

IT IS SO ORDERED.

　　Dated: **May 18, 2021**　　　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE